## MUTUAL BURLESQUE ASSOCIATION, Appellant, v. Grace L. GRAHAM.

Circuit Court of Appeals, Eighth Circuit.
October 10, 1929.

No. 8727.

Harris & Koontz, of Kansas City, Mo., for appellant.

Malcolm S. Garrard, of Kansas City, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee.

## NATIONAL LIGHTERAGE CORPORATION, Appellee, v. TRANSMARINE CORPORATION, Appellant.

Circuit Court of Appeals, Second Circuit.
October 21, 1929.

No. 15.

William J. Mahar and Single & Single, all of New York City, for appellant.

William F. Purdy and John E. Purdy, both of New York City, for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM. Affirmed, on the authority of Hildebrandt v. Flower Lighterage Co. (D. C.) 277 F. 436; Hastorf v. Ocean Transp. Corp. (D. C.) 4 F.(2d) 583, affirmed 4 F.(2d) 584 (C. C. A. 2); O'Brien Bros. v. City of New York (C. C. A.) 9 F. (2d) 542.

## Ed PARKER, Appellant, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
September 12, 1929.

No. 8554.

E. M. Ditmon, of Ft. Smith, Ark., for appellant.

S. S. Langley, U. S. Atty., and W. N. Ivie, Asst. U. S. Atty., both of Ft. Smith, Ark.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee and consent of appellant.

## Edward S. RICH, Appellant, v. NU-ENAMEL PAINT COMPANY, Inc., a Corporation, et al., Appellees.

Circuit Court of Appeals, Fifth Circuit.
November 23, 1929.

No. 5621.

J. D. Skeen, of Salt Lake City, Utah, and George Sergeant, of Dallas, Tex., for appellant.

John Davis, of Dallas, Tex. (P. D. Crawford and John Davis, both of Dallas, Tex., on the brief), for appellees.

Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM. No ruling complained of being properly presented for review, the judgment is affirmed.